**Bea ASHER, Appellant,**

v.

**Farmer ASHER, Appellee.**

Court of Appeals of Kentucky.

Oct. 28, 1960.

T. T. Burchell, Manchester, for appellant.

Pleaz W. Mobley, Manchester, for appellee.

PER CURIAM.

This case is before us on motion for an appeal from an order setting aside a judg-

ment by default. Such an order is not a final, appealable order. Ward v. Todd, 251 Ky. 356, 65 S.W.2d 74; Hackney v. Hackney, Ky., 327 S.W.2d 570; CR 59.01.

It follows that this Court has no jurisdiction to entertain the appeal, and it is therefore dismissed.